In the Matter of the Claim of Amisa Edwards, Respondent, v. Catapano & Grow Construction Co., Inc., et al., Appellants, and Mason, Johnson & MacLean et al., Respondents. Workmen's Compensation Board, Respondent.—

844

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.